IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AMANDA WEISS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-0153 |
| v. | |
| THE KROGER CO., | |
| Defendant. | |

**O R D E R**

Before the Court is a Joint Stipulation and Consent Motion to Dismiss With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant on November 1, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, with each party to bear its own attorney's fees, expenses and costs.  (Doc. 15.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 3rd day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA